HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS ORGANIZATIONAL TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIKE MATTILA, <br><br> Defendants, <br><br> and <br><br> MM COMFORT SYSTEMS, <br><br> Garnishee. | No. 2:19-mc-00036 RSL <br><br> JUDGMENT AND ORDER TO PAY |

**Judgment Summary**

| | |
|---|---|
| Judgment Creditor | Northwest Sheet Metal Workers Organizational Trust, et al. |
| Garnishment Judgment Debtor | Mike Mattila <br> 23209 58th St., E <br> Buckley, WA 98321 |
| Garnishment Judgment Amount | $196,155.17 |
| Costs Judgment Debtor | MM Comfort Systems <br> Payroll/HR <br> 18103 NE 68th St, Suite C200 <br> Redmond, WA 98052 <br> 425-533-9058 |

JUDGMENT AND ORDER TO PAY - Page 1

| 1<br>2<br>3<br>4 | Attorney for Judgment Creditor | Noah S. Warman<br>McKanna Bishop Joffe, LLP<br>1635 NW Johnson St<br>Portland, OR 97209<br>503-821-0959<br>nwarman@mbjlaw.com |
|---|---|---|

IT APPEARING THAT Garnishee was indebted to Defendant in the nonexempt amount of **$1,585.22**; that at the time the writ of garnishment was issued Defendant was employed by or maintained a financial institution account with Garnishee, or Garnishee had in its possession or control funds, personal property, or effects of Defendant; now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that Plaintiffs are awarded judgment against Garnishee in the amount of **$1,585.22**. Garnishee shall pay its judgment amount to **Northwest Sheet Metal Workers Trust Funds**. Any payment directed to Plaintiff shall be mailed to counsel for Plaintiffs as follows:

>Noah S. Warman
>McKanna Bishop Joffe, LLP
>1635 NW Johnson St
>Portland, OR 97209

Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

Dated this 8th day of July, 2019.

*/s/ M S Lasnik*

Robert S. Lasnik
United States District Judge

Presented by:
Noah S. Warman
McKanna Bishop Joffe, LLP
503-821-0959
nwarman@mbjlaw.com
of Attorneys for Plaintiff

JUDGMENT AND ORDER TO PAY - Page 2

MCKANNA BISHOP JOFFE, LLP
ATTORNEYS AT LAW
1635 NW Johnson St
Portland, OR 97209
Telephone: 503-226-6111 ◆ Facsimile 503-226-6121